UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-06852-HDV-MBK | Date | September 18, 2025 |
| Title | *Fernando Huerta Chavarin v. General Motors LLC* | | |

Present: The Honorable **Hernán D. Vera, United States District Judge**

| Lesbith Castillo | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Andrea Plata | Kristine Avena |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND [13]**

The matter is called and counsel state their appearances. For reasons stated on the record, Plaintiff's motion for fees is DENIED and Plaintiff's motion to remand is under submission. Order to issue.

**IT IS SO ORDERED.**